The People of the State of New York, Respondent, v. Freddie Martinez, Appellant.

Christ, Brennan and Benjamin, JJ., concur; Beldock, P. J., and Munder, J., dissent and vote to affirm the judgment.